JOHN E. PEER - State Bar No. 95978
jpeer@woollspeer.com
LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Plaintiff
STAR INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>GAGLIONE, DOLAN, & KAPLAN (formerly Gaglione & Dolan), a Professional Corporation,<br><br>   Defendants. | Case No.: 2:15-cv-4400 PA (JEMx)<br><br>Case assigned to Hon. Percy Anderson<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Filing Date: June 10, 2015<br>Trial Date: August 23, 2016 |

The Court having considered the stipulation of the party's and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. All parties to bear their own costs.

DATED: March 23, 2016      By: _____

Judge of the United States District Court

[Case No.: 2:15-cv-4400 PA (JEMx)]
[[PROPOSED] ORDER RE: DISMISSAL]
478318.1

1